IN THE
UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

ASSOCIATION OF AMERICAN RAILROADS,

                Petitioner,

v.

FEDERAL RAILROAD ADMINISTRATION, et al.,

                Respondents.

PETITION FOR REVIEW
No. 14-1207

## STATEMENT OF THE ISSUES

Petitioner challenges a decision conveyed via letter dated August 18, 2014 from the Associate Administrator Robert C. Lauby concerning the Federal Railroad Administration's (FRA) interpretation of the Hours of Service laws.

Petitioner anticipates raising at least the following issues:

1. Whether the FRA exceeded its statutory authority by concluding that running the self-test function on the "Ultra-Cab II" signal system is a "covered service" for purposes of Hours of Service laws.

2. Whether the FRA acted arbitrarily and capriciously by ignoring its own prior interpretation of the Hours of Service laws in issuing the August 18 letter.

3. Whether other aspects of the August 18 letter are arbitrary and capricious.

Petitioner reserves the right to raise additional issues and/or modify the foregoing.

Dated: November 19, 2014

*Of Counsel:*
Louis P. Warchot
Michael J. Rush
Sarah Grimmer Yurasko
The Association of American Railroads
425 Third Street, S.W.
Suite 1000
Washington, D.C. 20024
Telephone: (202) 639-2100

Respectfully submitted,

_____/s/ Thomas H. Dupree, Jr._____

Thomas H. Dupree, Jr.
   *Counsel of Record*
Sarah E. Erickson-Muschko
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539

*Counsel for Petitioner*
*The Association of American Railroads*